IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,                    Civil No.:19-cv-09021

                  Plaintiff,

    -v-

Joyce P. Gurliacci
123 Berme Road
Port Jervis, NY 12771

Beneficial Homeowner Service Corporation
400 Route 211 East, Suite 21
Middletown, NY 10940

John Doe, Mary Roe, and XYZ Corporation
123 Berme Road
Port Jervis, NY 12771

                  Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  5/18/2023
```

## ORDER AMENDING THE CAPTION

On the original Summons and Complaint and Notice of Pendency of this action, filed in the office of the Clerk of this Court and the Clerk of the Supreme Court of the State of New York, Dutchess County, and upon due proof of service upon each of the Defendants in this action, and upon the Affirmation of Barry M. Weiss dated May 3, 2023, the exhibits described therein, upon all the pleadings and proceedings in this action, by all of which it appears to the satisfaction of this Court that the Plaintiff United States of America is in all respects entitled to an order amending the caption pursuant to Fed. R. Civ. P. 15,

      **NOW** upon the motion of the plaintiff United States of America, it is

      **ORDERED** that all claims against defendants John Doe, Mary Roe and XYZ Corporation be dismissed without prejudice; and

**ORDERED** that the defendants John Doe, Mary Roe and XYZ Corporation be excised as party defendants, and that the caption be amended to read as follows accordingly:

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                Plaintiff,                Civil No.: 19-cv-09021

              -v-

Joyce P. Gurliacci
123 Berme Road
Port Jervis, NY 12771

Beneficial Homeowner Service Corporation
400 Route 211 East, Suite 21
Middletown, NY 10940,

                Defendants.
_____

DATED: May 18, 2023
White Plains, NY

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE