IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,   Civil No.: 19-cv-09021 (NSR)

        Plaintiff

-v-

Joyce P. Gurliacci
123 Berme Road
Port Jervis, NY 12771

Beneficial Homeowner Service Corporation
400 Route 211 East, Suite 21
Middletown, NY 10940,

        Defendants.

## DEFAULT JUDGMENT

On the original Summons and Complaint, and Notice of Pendency of this action, all filed in the office of the Clerk of this Court, and upon due proof of service upon each of the Defendants in this action, and upon the Affirmation of Barry M. Weiss dated January 19, 2023 and the Affidavit of Walter Lindsey Jr. sworn to on January 6, 2022, and the exhibits thereto, by all of which it appears to the satisfaction of this Court that the Plaintiff is in all respects entitled to a default judgment pursuant to Rule 55 of the Federal Rules of Civil Procedure and Section 1321 of the New York Real Property Actions and Proceedings Law, now upon the motion of the United States, it is

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __9/10/2025__

ORDERED, ADJUDGED AND DECREED, as follows:

That the mortgaged premises described in the Complaint, as hereinafter set forth, being more commonly known as 123 Berme Road, Port Jervis, NY 1277, a parcel of land improved with a single family home, to be sold in and as one parcel, as a sale in one parcel will be most beneficial to the interests of the parties;

The name and phone number of the servicer for the Plaintiff is: United States Department of Agriculture, 1-800-414-1226.

That the sale be conducted at public auction at the Supreme Courthouse for the County of Orange, 285 Main St, Goshen, NY 10924 or at another such suitable location, by and under the direction of _____Jennifer Echevarria, Esq., PO Box 1053, Warwick, NY 10990-8053_____ Appointed Referee for the Southern District of New York, who is hereby directed to make the sale of said premises.

The Special Master or Referee shall give public notice of the time and place of sale as follows:

That the Appointed Referee cause to be sent by mail, a copy of the Notice of Sale by depositing the same in a prepaid wrapper addressed to:

Joyce P. Gurliacci
123 Berme Road
Port Jervis, NY 12771

Beneficial Homeowner Service Corporation
400 Route 211 East, Suite 21
Middletown, NY 10940

That the Appointed Referee shall post copies of the Notice of Sale in three (3) conspicuous public places in Orange County, New York where the premises are located;

That the Appointed Referee cause the Notice to be published once weekly for four consecutive weeks in the ___Times Herald Record___, a newspaper of general circulation published in Orange County, where the mortgaged premises are located. The Notice need not contain the full legal description of the property as set forth in Schedule A, but may refer to the property as 123 Berme Road, Port Jervis, NY 12771

The Plaintiff or any other party to this action may become a purchaser on such sale.

The Special Master or Referee shall execute to the purchaser on such sale a deed of the premises sold and upon receiving the proceeds of sale, forthwith pay the following items:

FIRST, Referee's fees and commissions on the said sale not exceeding, however, the sum of $600.00;

SECOND, advertising expenses as shown on bills to be specified in his Report of Sale;

THIRD, the sum of $810.00, is hereby adjudged to constitute the plaintiff's costs in this action, with interest thereon form the date hereof, the sum of $3,875.00 for reasonable attorney's fees supported by the affirmation submitted herewith are hereby awarded to the plaintiff in addition to the sum of $265,938.70, with interest thereon from January 1, 2022, the amount owing to the plaintiff and secured by the mortgage which is the subject of this action, or so much thereof as the purchase money of the mortgaged premises will pay of the same.

THAT in case the Plaintiff is the purchaser of the mortgaged premises at the sale, or in the event the rights of the purchaser at the sale and the terms of the sale under this judgment shall be assigned to an acquired by the Plaintiff and a valid assignment thereof filed with the Appointed Referee, the Appointed Referee shall not require the Plaintiff to pay in cash, the entire amount bid

at said sale, but shall execute and deliver to Plaintiff a deed of the premises sold upon payment to the Appointed Referee of the amounts specified above in items marked "FIRST" and "SECOND"; that the balance of the amount bid, after deducting therefrom the amounts paid by the Plaintiff, shall be allowed to the plaintiff as specified above in item marked "THIRD"; that if, after so applying the balance of the amount bid there shall be a surplus over and above the said amounts due to the Plaintiff, the Plaintiff shall pay to the Appointed Referee, upon delivery to it of said Appointed Referee's deed, the amount of said surplus; and that the Appointed Referee then shall make the payments as herein directed.

That the Appointed Referee take the receipt of the Plaintiff or its attorney, for the amounts paid as hereinabove directed in item marked "THIRD" and file it with his Report of Sale;

That the surplus moneys, if any, be then deposited in the Registry of this Court, to be withdrawn only on the order of this Court;

That the Appointed Referee make his report of such sale and file it with the Clerk of this Court with all convenient speed; that if the proceeds of the sale be insufficient to pay the amounts herein directed to be paid to Plaintiff, with the expenses of the sale, interest, costs, and allowances, as aforesaid, the Appointed Referee specify the amount of such deficiency in the Appointed Referee's Report of Sale.

The purchaser on such sale shall be let into possession of the premises sold upon production of the Appointed Referee's deed to such premises; and that it is still further

ORDERED, ADJUDGED AND DECREED that each and every one of the defendants in this action, and all persons claiming under them or any or either of them after the filing of the Notice of Pendency of this action, be and they are forever barred and foreclosed of all right, title,

interest, claim, lien and equity of redemption in and to the mortgaged premises and each and every part and parcel thereof.

The description of the said premises is attached hereto as Schedule A, as previously stated herein

IT IS SO ORDERED

DATED: September 10, 2025
White Plains, NY

_____
Nelson S. Román, U.S.D.J.

## SCHEDULE "A"

ALL THAT TRACT OR PARCEL of land, with the buildings and improvements erected thereon, situate in the Town of Deerpark, County of Orange and State of New York, being more particularly described as follows:

BEGINNING at a point marked by a found iron rod located on the southwesterly side of the public road known as Berme Road, said point marks the northeasterly most corner of lands formerly Pagano (Liber 4231-14) now lands of DiGiantommaso and the northwesterly most corner of the parcel herein described; running thence along the southwesterly side of Berme Road, South 66 degrees 40 minutes 00 seconds East 60.00 feet to a dock spike set in the edge of a blacktop drive for a corner; thence running along the lands now or formerly Gochenour (Liber 2533-229), South 23 degrees 20 minutes 00 seconds West 159.79 feet to a point located on the northeasterly side of S.H. No. 412 (N.Y. State Route 42 and 97), said point being located North 50 degrees 40 minutes 14 seconds West 0.50 feet from a found concrete monument; thence running along the northeasterly side of S.H. No. 412 (N.Y. State Route 42 and 97) and along the northeasterly line of Parcel No. 54, Map No. 40, as shown on a plan of the Port Jervis-Sullivan County Line Part 1, S.H. No. 412, as filed in the Orange County Clerk's Office, North 50 degrees 40 minutes 14 seconds West 62.42 feet to a found iron rod for a corner; thence running along the lands formerly of Pagano (Liber 4231-14) now lands of the aforementioned DiGiantommaso, North 23 degrees 20 minutes 00 seconds East 142.59 feet to the point and place of beginning. Containing 0.21 acre, more or less.

SUBJECT TO and together with any easements, restrictions and rights-of-way of record.

The foregoing description is in accordance with a survey prepared by Conrad, Close & Ewald, P.C., dated October 10, 1996, updated and recertified on March 10, 2000, bearing drawing number 8594B.

BEING the same premises conveyed by Marian Fuller, as Executrix of the Last Will and Testament of Stanley W. Fuller, Sr., a/k/a Stanley William Fuller, to Charles D. Onofry and Jacqueline Onofry, husband and wife, by deed dated November 14, 1996 and recorded in the Orange County, New York Clerk's Office on November 20, 1996 in Liber 4485 of Deeds at page 78.

BEING the same premises about to be conveyed by Charles D. Onofry and Jacqueline Onofry, husband and wife, to Joyce P. Gurliacci by deed of even date herewith and which is about to be recorded in the Orange County, New York Clerk's Office simultaneously herewith.

THIS IS A PURCHASE MONEY FIRST MORTGAGE GIVEN TO SECURE A PORTION OF THE PURCHASE PRICE HEREUNDER.

LIBER 7760 PAGE 38

NBC ABSTRACT, INC.
PATRICIA A. NIOSI
P.O. BOX 1010
27 BALL STREET
PORT JERVIS, N.Y. 12771
(914) 856-3330